JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROMO, an individual,<br><br>                Plaintiff,<br><br>   v.<br><br>WERNER ENTERPRISES, INC.,<br>a Nebraska Corporation,<br><br>                Defendant. | Case No. 5:24-cv-01293-SPG-SHK<br><br>**JUDGMENT** |

This action came on for jury trial before the Court. The issues having been duly tried and the jury having rendered a special verdict in favor of Defendant Werner Enterprises, Inc. ("Defendant"), it is hereby ORDERED and ADJUDGED:

1. Judgment is entered in favor of Defendant and against Plaintiff Valerie Romo ("Plaintiff") pursuant to the special verdict of the jury;

2. Plaintiff shall take nothing by way of the Complaint; and

3. The Clerk shall enter this Judgment forthwith.

Dated: November 4, 2025

                                          HON. SHERILYN PEACE GARNETT
                                          UNITED STATES DISTRICT JUDGE